Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Bobby Saadian, SBN 250377
ada@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO.: 2:20-cv-01365-MCE-DB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Valerie Brooks hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: September 3, 2020                              Respectfully Submitted,

                                                      */s/ Thiago M. Coelho*
                                                      Thiago M. Coelho
                                                      Bobby Saadian
                                                      **WILSHIRE LAW FIRM**
                                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: September 3, 2020                    */s/ Thiago M. Coelho*
                                            Thiago M. Coelho