Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated, | CASE NO.:  2:20-cv-01365-MCE-DB |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| PETCO ANIMAL SUPPLIES STORES, INC., a Delaware corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | |

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Plaintiff Valerie Brooks ("Plaintiff"), and Petco Animal Supplies Stores, Inc. ("Defendant") have reached an agreement. The claims of Plaintiff have settled on an individual basis. Plaintiff by and through her undersigned counsel hereby voluntarily dismiss all claims and causes of action asserted individually on behalf of Plaintiff with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Dated: September 25, 2020          Respectfully Submitted,

                        /s/ *Thiago M. Coelho*

                        Thiago M. Coelho
                        **WILSHIRE LAW FIRM**
                        *Attorney for Plaintiff*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 25, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5.4(d).

Dated: September 25, 2020                    /s/ Thiago M. Coelho
                                             Thiago M. Coelho

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137

NOTICE OF DISMISSAL
CASE NO.: 2:20-cv-01365-MCE-DB